

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00352-CR

**JOHN GONZALES III**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7917
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 6, 2015.

_____
Patricia O. Alvarez, Justice